# FILED
## UNDER
# SEAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:     2:15-mj-00956-NJK |
| Plaintiff | |
| vs. | **ORDER TO SEAL** |
| COLE LUSBY, | |
| Defendant | |

Based on Government's Motion to Seal the Complaint and the Arrest Warrant in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint and the Arrest Warrant be sealed.

DATED this ___13th___ day of November, 2015.


NANCY J. KOPPE
United States Magistrate Judge

3