# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COLE LUSBY,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00181-APG-PAL<br><br>**ORDER RE MODIFICATION OF PAYMENT OBLIGATION**<br><br>(ECF No. 45) |

　　　Defendant Cole Lusby's request (ECF No. 45) for a modification to his payment obligation is GRANTED. Lusby shall pay the remaining balance as follows: $25.00 due on February 15, 2018 and $25.00 due on March 15, 2018.

　　　Dated: December 5, 2017.

　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE