# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLE LUSBY,<br><br>Defendant. | Case No. 2:16-cr-00181-APG-PAL<br>Case No. 2:18-cr-00136-APG-PAL<br><br>**ORDER CLARIFYING COMBINATION BUT NOT CONSOLIDATION OF CASES** |

Judge Du signed the parties' stipulation and order to consolidate these two cases. ECF No. 64 in case number 2:16-cr-181. But criminal cases cannot be consolidated under one case number like civil cases can be. Rather, each criminal case has its own charges, deadlines under the Speedy Trial Act, etc. Therefore, instead of being consolidated under one case number, these cases are combined for scheduling purposes, but are not consolidated. Case No. 2:18-cr-00136 is reassigned to me for all further proceedings. Magistrate Judge Leen will be the Magistrate Judge on both cases. The parties shall use the above caption and case numbers when filing documents.

Dated: May 10, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE