UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLE LUSBY,<br><br>Defendant. | Case No. 2:16-cr-00181-APG-PAL<br>Case No. 2:18-cr-00136-APG-PAL<br><br>**ORDER DENYING MOTION TO SEAL** |

During the August 28, 2018 hearing in court, defendant Cole Lusby orally moved to seal Exhibits G and H of ECF No. 36 in case number 16-cr-181. Exhibit G is already under seal so that request is moot. Exhibit H is a copy of a news article that apparently is available to the public through the internet. Thus, there is no purpose served by sealing that document.

IT IS THEREFORE ORDERED that defendant Lusby's oral motion to seal is DENIED.

Dated: August 28, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE