Cole R. Lusby
840 S. Rancho Dr, #4-402
Las Vegas, NV  89106
colerlusby@gmail.com
(702) 219-2256
*Pro Se* Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
~oOo~

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff. | Case # 2:16-CR-00181-APG-PAL-1 |
| vs. | STIPULATION TO EXTEND TIME TO REPLY TO GOVERNMENT'S RESPONSE (ECF No. 100) |
| COLE LUSBY,<br>             Defendant. | |

   IT IS HEREBY STIPULATED by Defendant Cole Lusby, *pro se*, and Bianca Pucci, Assistant United States Attorney, that the deadline on which defendant must file his reply brief to the Government's Response (ECF No. 100) be extended seven days from 10/20/2020 to 10/27/2020.

   The stipulation is entered for the following reasons:

   1.   The parties are discussing a resolution in Case # 18-CR-00136 that has bearing on the instant matter and the parties need more time to discuss and coordinate details of said resolution.

   2.   The parties agree to this continuance.

   Dated this 16th day of October, 2020.


  /s/  Cole Lusby                                              /s/ Bianca Pucci            

Cole R. Lusby, *Pro Se* Defendant                Bianca Pucci, Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
~oOo~

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff. | Case # 2:16-CR-00181-APG-PAL-1 |
| vs. | ORDER |
| COLE LUSBY,<br>　　　　　　Defendant. | |

　　　Based upon the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the defendant's reply brief to the Government's Response (ECF No. 100) shall be due on or before October 27, 2020.

DATED: _October 20, 2020_____

_____
UNITED STATES DISTRICT JUDGE